UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:  3:10-CV-00610-TJC-JBT

KELVIN HOFFMAN,
    Plaintiff,
Vs.
MELODY FLORES, individually;
SAM A. BASSETT, individually;
WALTER A. MCNEIL, in capacity as Secretary
of the Florida Department of Corrections; and
FLORIDA DEPARTMENT OF CORRECTIONS,
    Defendants.
_____/

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

The undersigned counsel for Plaintiff, pursuant to Local Rule 2.03, Rules of the Middle District of Florida, moves this Court for leave to withdraw as counsel for Plaintiff, and in support hereof asserts:

1. Due to irreconcilable differences between Plaintiff and the undersigned counsel regarding the conduct of the case, it is necessary for the undersigned to withdraw as counsel of record for the Plaintiff.  These differences have particular import, such that continuing representation on behalf of Plaintiff would have a direct, personal bearing on the undersigned.

2. The undersigned has communicated with Plaintiff by telephone who advises that he does not oppose the requested withdrawal.

3. The undersigned has also complied with Local Rule 2.03(b) and provided the required notice to the client and opposing counsel.

4. The undersigned requests leave to withdraw and further requests that Plaintiff be allowed additional time to find alternative counsel and/or advise the Court of his intention to

proceed *pro se*. Additionally, on behalf of the Plaintiff, the undersigned requests that the Court adjust any scheduling Orders and/or deadlines consistent with the relief sought herein.

5. For future purposes, the Plaintiff's mailing address is: 624 2nd Avenue South, Jacksonville Beach, Florida 32250.

**WHEREFORE**, the undersigned counsel for Plaintiff moves this Court for leave to withdraw as counsel of record for the Plaintiff.

Respectfully submitted,

/s/ Amy Marie Vo
Amy Marie Vo
Florida Bar No.: 35285
St. Johns Law Group
509 Anastasia Blvd.
St. Augustine, FL 32080
PH: 904/495-0400
FAX: 904/495-0506
Email: avo@sjlawgroup.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed via the CM/ECF filing service of the Clerk of the Court which will provide a copy to counsel of record on this 16 day of November 2011, and that a copy was also provided to Kelvin Hoffman, 624 2nd Avenue South, Jacksonville Beach, Florida 32250.

/s/ Amy Marie Vo____